**PEYROT & ASSOCIATES, PC**
*Attorneys for Defendant P&A*
62 William Street, 8th Floor
New York, New York 10005
(Phone: 646-650-2785); (Fax: 646-650-5109)
David.VanLeeuwen@peyrotlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RICHARD BREUNINGER and ITGA, LLC,              Case No.: 20-cv-07033

        Plaintiff,                                         Hon. John P. Cronan

   -against-

T. EDWARD WILLIAMS, JANE DOE WILLIAMS,
and PEYROT & ASSOCIATES, PC,

        Defendants.

## DEFENDANT P&A's NOTICE OF MOTION TO DISMISS

S I R S/ MADAMS:

    **PLEASE TAKE NOTICE**, that, upon the accompanying Memorandum of Law dated November 4, 2022, , together with the exhibits annexed hereto, Defendant PEYROT & ASSOCIATES, PC, will move this court, before the Honorable John P. Cronan, at the Courthouse located at 500 Pearl Street, New York, New York on, respectfully requesting an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendants PEYROT & ASSOCIATES, PC's motion dismissing Plaintiffs' complaint in its entirety, and for such other and further relief as may be just and proper.

Respectfully Submitted,

*/s/ David C. Van Leeuwen*
David C. Van Leeuwen, Esq. (DV 2007)
Francois Peyrot, Esq.
PEYROT & ASSOCIATES, PC
62 William Street, 8th Floor
New York, New York 10005
(646) 650-2785
David.vanleeuwen@peyrotlaw.com

*Attorneys for Defendant P&A*

Dated: November 4, 2022
New York, New York

Defendant Peyrot & Associates, PC is directed to comply with the Court's Individual Rules and Practices in Civil Cases for all future filings, including Rule 6.A which requires a party to submit a pre-motion letter prior to submitting a motion.

The Court recently extended Defendant Williams's time to respond to the Third Amended Complaint to November 22, 2022.  Dkt. 74.  After that response has been submitted, the Court will set a briefing schedule for all motions in this case.

SO ORDERED.
Date: November 10, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge