UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
RICHARD BREUNINGER, et. al.        :        1:20-cv-07033-JPC

                Plaintiff,   :        **NOTICE OF MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11 AGAINST PLAINTIFFS' ATTORNEYS AND THEIR LAW FIRMS**

      -against-                 :

T. EDWARD WILLIAMS, et. al.        :
               Defendant(s):

- - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE,** that upon Memorandum of Law In Support of their Motion for Sanctions under 28 U.S.C. § 1927 MICK LEVIN, ESQ. (pro hac), and MICK LEVIN, PLC; the Declaration of T. Edward Williams, Esq., the deposition transcript of Plaintiff, Richard Breuninger, and upon all papers and proceedings had in this matter, Defendants, T. Edward Williams, Esq. and Jane Doe Williams, will move this Court, before the Honorable John P. Cronan, at the United States Courthouse for the Southern District of New York located at 40 Foley Square New York, New York 10007,

on a date and at a time to be designated by the Court, for an Order Under Fed. R. Civ. P. 11 sanctioning Plaintiffs' attorneys and their respective law firms on grounds that Plaintiffs' lawsuit is frivolous as a matter of law and the Undersigned seeks to recover costs and fees incurred because of Plaintiffs' attorney's expansion of this proceeding.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the Court's Order dated November 22, 2022, (ECF Doc. No. 80), Plaintiffs' opposition papers must be filed by **December 14, 2022**, and Defendants must reply by **December 21, 2022**.

Dated:   New York, New York
         November 30, 2022

                           **WILLIAMS LLP**

                           By: */s/ T. Edward Williams, Esq.*
                              T. Edward Williams
                              45 Rockefeller Plaza Suite 2000
                              New York, New York 10111
                              Tel: (212) 634-9106
                              Fax: (212) 202-6228
                              Email: Edward@williamsllp.com