```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD BREUNINGER, et al,              :
                                        :       20-CV-7033 (JPC) (RWL)
                        Plaintiffs,     :
                                        :
        - against -                     :       ORDER
                                        :
T. EDWARD WILLIAMS, et al,              :
                                        :
                        Defendants.     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed a pre-motion letter in advance of a motion to dismiss Defendant's counterclaims (Dkt. 143). That request remains pending before Judge Cronan. Additionally, Plaintiff requests a stay of discovery with respect to Defendant's counterclaims. Defendant opposes. (*See* Dkt. 144.) As this matter has been referred to me for general pretrial purposes, I will resolve the stay request. Although there may be merit to some or all of Plaintiff's motion to dismiss, the request is DENIED in the interest of judicial efficiency given that many alleged facts underlying Plaintiff's claims and Defendant's counterclaims are closely intertwined. Accordingly, discovery shall proceed with respect to both Plaintiff's claims and Defendant's counterclaims.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 29, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1