USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD BREUNINGER, et al,

                Plaintiffs,

    - against -

T. EDWARD WILLIAMS, et al,

                Defendants.
-----------------------------------------------------------X

20-CV-7033 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of Plaintiff's October 9, 2023 letter at Dkt. 181, (1) Defendant may proceed with filing the amended counterclaims that are the subject of Dkt. 171; (2) Defendant's request at Dkt. 171 for a pre-motion conference to address the proposed amended counterclaims is denied as moot; and (3) Plaintiff's motion to dismiss at Dkt. 177 is deemed withdrawn and denied without prejudice to a later motion to dismiss the amended counterclaims.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 171 and 177.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 10, 2023
      New York, New York

Copies transmitted this date to all counsel of record.

1