```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:_11/3/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICHARD BREUNINGER, et al,                    :
                                              :        20-CV-7033 (JPC) (RWL)
                          Plaintiffs,         :
                                              :
            - against -                       :        **ORDER**
                                              :
T. EDWARD WILLIAMS, et al,                    :
                                              :
                          Defendants.         :
                                              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 30, 2023, Defendant Williams filed a letter seeking to compel Plaintiffs

to complete and return an IRS Form 4506.  Pursuant to my individual rules, a response

was due by November 2, 2023.  No response appears on the docket.  Accordingly, the

Court sua sponte extends Plaintiffs' time to respond, and Plaintiffs shall file a response

no later than November 8, 2023.


                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: November 3, 2023
        New York, New York

Copies transmitted this date to all counsel of record.