```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD BREUNINGER, et al,            :
                                      :      20-CV-7033 (JPC) (RWL)
                        Plaintiffs,   :
                                      :
       - against -                    :      ORDER
                                      :
T. EDWARD WILLIAMS, et al,            :
                                      :
                        Defendants.   :
                                      :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 30, 2023, Defendant filed a terse, vague letter seeking to "disclose relevant information that may be classified as attorney-client privileged information." (Dkt. 188.) Plaintiff aptly noted that the request was too vague to address. (Dkt. 194.) Defendant's reply at Dkt. 196 provides some additional information but is still inadequate.

Accordingly, by November 14, 2023, Defendant shall file with the Court a log comparable to a privilege log identifying (1) the communications at issue; (2) the dates of the communications at issue; (3) the parties (name, affiliation, role) to the communications at issue, including identifying which persons/entities were Defendant's clients at the time the communications were made; (4) the subject matter of the communications.

Defendant shall file with the log a letter of no more than three pages (1) stating which jurisdiction's law of privilege and waiver of privilege apply and explaining why that is so, and (2) arguing, with citation to applicable authorities, why disclosure of the communications at issues is allowed. Plaintiff shall file a responding letter of no more than three pages by November 21, 2023.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2023
      New York, New York

Copies transmitted this date to all counsel of record.