```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD BREUNINGER, et al,              :
                                        :      20-CV-7033 (JPC) (RWL)
                        Plaintiffs,     :
                                        :
        - against -                     :      ORDER
                                        :
T. EDWARD WILLIAMS, et al,              :
                                        :
                        Defendants.     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Defendant's requests at Dkts. 224 and 229 to take judicial notice of certain testimony and court pleadings from other cases. The requests are denied as premature without prejudice. As with Defendant's previous requests to take judicial notice of other matters, the Court will consider any such requests if and when any such information is offered in the context of a particular motion or evidentiary proceeding. (*See* Dkt. 225.) In the meantime, Defendant is free to proceed with using any such information in support of litigating the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 27, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1