
# WILLIAMS LLP

New York, January 16, 2023

BY CM/ECF
Judge Robert W. Lehrburger
United States Magistrate Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/22/2024
```

Re:   **Letter Request for Production of Expenses Plaintiffs and Third-Party Defendants Incurred in Traveling to and Lodging in New York**: *ITGA LLC v. T. Edward Williams, Esq.*, 20CV7033(JPC)(RWL)

Dear Judge Lehrburger:

In ECF Doc. No. 217, this Court gave the Undersigned the choice of holding depositions in New York or by zoom. Even though depositions must be conducted in person in the venue where the suit was filed, this Court ruled as it did in ECF Doc. No. 217, because Plaintiffs and Third-Party Defendants represented that they had appeared in New York for the depositions but learned—belatedly—that the depositions were cancelled, and they had already incurred expenses related to traveling and lodging in New York. This representation was not true.

In any case, to help the Undersigned understand the costs Plaintiffs and Third-Party Defendants incurred in allegedly traveling to New York in September 2023, the Undersigned requested those costs so as to better understand the amount the Undersigned must reimburse Plaintiffs and Third-Party Defendants. Plaintiffs and Third-Party Defendants have refused to provide the Undersigned with this basic information. The choice this Court gave the Undersigned in ECF Doc. No. 217 requires weighing costs. Nevertheless, Plaintiffs and Third-Party's Defendants have forcefully refused to provide the information showing traveling expenses incurred in September 2023 to come to New York.

The Undersigned requests that this Court make Plaintiffs and Third-Party Defendants provide the requested information to the Undersigned.

Sincerely,

T. Edward Williams, Esq.

TEW/tew

By January 29, 2024, Plaintiff's counsel shall produce to Defendant receipts or other proof of travel and hotel costs incurred with respect to the September 2023 deposition of Plaintiff that did not go forward.

SO ORDERED:

1/22/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

W
T: 212-634-9106        45 ROCKEFELLER PLAZA, 20TH FL,        WILLIAMSLLP.COM
FAX: 212.202.6228      NEW YORK, NEW YORK 10111              EDWARD@WILLIAMSLLP.COM

Mr. T. Edward Williams, Esq.  Page 2 of 2
January 16, 2024

W

T: 212-634-9106
FAX: 212.202.6228

45 ROCKEFELLER PLAZA, 20TH FL,
NEW YORK, NEW YORK 10111

WILLIAMSLLP.COM
EDWARD@WILLIAMSLLP.COM