```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD BREUNINGER, et al,                :
                                          :    20-CV-7033 (JPC) (RWL)
                         Plaintiffs,      :
                                          :
           - against -                    :    ORDER
                                          :
T. EDWARD WILLIAMS, et al,                :
                                          :
                         Defendants.      :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As determined at the discovery conference held via Microsoft Teams on February 13, 2024, Defendant's motion to compel as set forth in his January 30, 2024 letter filed at Dkt. 244 is denied without prejudice for the reasons stated. The Clerk of Court is directed to terminate the letter motion at Dkt. 244.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 13, 2024
       New York, New York

Copies transmitted this date to all counsel of record.