```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD BREUNINGER, et al,                    :
                                              :        20-CV-7033 (JPC) (RWL)
                            Plaintiffs,       :
                                              :
              - against -                     :        **ORDER**
                                              :
T. EDWARD WILLIAMS, et al,                    :
                                              :
                            Defendants.       :
                                              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On December 21, 2023, Plaintiffs filed a motion to dismiss Defendants'
counterclaims. (Dkt. 231.) That motion was fully briefed as of January 12, 2024. (Dkt.
239.) On March 19, 2024, Defendants filed a "notice" expressing their intent to
supplement, pursuant to Fed. R. Civ. P. 15(d), their counterclaims based on depositions
taken on March 12 and 13, 2024, and that they would do so "as soon as possible." (Dkt.
254.) Defendants have made no such motion. Discovery in this case closes on April 22,
2024. (Dkt. 253.)

If Defendants still intend to file a motion to supplement, they shall do so by April
17, 2024. Before filing any such motion, Defendants must first meet and confer with
Plaintiffs to determine whether Plaintiffs consent to filing of the intended supplement. So
that the meet and confer process will be productive, Defendants must provide a copy of
their intended supplement to Plaintiffs by April 10, 2024. If Plaintiffs consent to the
proposed supplement, then by April 23, 2024, Plaintiffs shall notify the Court whether
Plaintiffs will (1) withdraw their pending motion to dismiss counterclaims; (2) stand on

their pending motion to dismiss counterclaims; or (3) seek to amend their motion to dismiss counterclaims in light of Defendants' supplemental pleading.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 4, 2024
       New York, New York

Copies transmitted this date to all counsel of record.