USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD BREUINGER and ITGA, LLC,

                Plaintiffs,

- against -

T. EDWARD WILLIAMS et al.,

                Defendants.
-----------------------------------------------------------X

20-CV-7033 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiff's request for payment by Defendant Williams for reimbursement of travel expenses required pursuant to Court Order at Dkt. 217. The number of nights of accommodations for which Plaintiff seeks reimbursement is excessive. Accordingly, the Court will require Mr. Williams to pay for only two nights of accommodations for each of Plaintiff and his attorney. The Court has performed that calculation with the result that Mr. Williams shall Plaintiff a total of $2,313.00. Mr. Williams shall make payment within 60 days of this Order.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2024
       New York, New York

Copies transmitted this date to all counsel of record.