UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RICHARD BREUNINGER *et al.*,                                            :
:
            Plaintiffs,                                :
:    20 Civ. 7033 (JPC) (RWL)
   -v-                                                               :
:    ORDER
T. EDWARD WILLIAMS *et al.*,                                            :
:
            Defendants.                                :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By June 17, 2024 at 5:00 p.m., Counter-Claimants and Counterclaim Defendants may file letters of no longer than three pages advising the Court as to whether Counter-Claimants' second counterclaim for abuse of process should be dismissed for failure to allege that Counterclaim Defendants "employ[ed] regularly issued legal process to compel performance or forbearance of some act." *Manhattan Enter. Grp. LLC v. Higgins*, 816 F. App'x 512, 514 (2d Cir. 2020) (quoting *Savino v. City of New York*, 331 F.3d 63, 76 (2d Cir. 2003)). *See* Dkt. 262 (Supplemental Counterclaims) ¶¶ 330-334.

      SO ORDERED.

Dated: June 12, 2024
       New York, New York

                                                    JOHN P. CRONAN
                                            United States District Judge