UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD BREUINGER and ITGA, LLC,

                Plaintiffs,

     - against -

T. EDWARD WILLIAMS et al.,

                Defendants.
-------------------------------------------------------------X

20-CV-7033 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has reviewed Plaintiff's letter at Dkt. 301 responding to that part of the Court's May 28, 2024 Order concerning efforts made to "crack" the password to Plaintiff's laptop computer. Most of Plaintiff's letter does not directly address the issue identified by the Court. The only directly responsive information states that "Plaintiff's vendor attempted but was unable to crack the encryption key. While an encryption key could, potentially, be 'hacked', Plaintiff's counsel understands that is cost prohibitive." (Dkt. 301 at 2.) Such a conclusory statement is not satisfactory. A party claiming burden must set forth specific facts sufficient to support that claim. Accordingly, by July 11, 2024, Plaintiff shall provide an affidavit or declaration from Plaintiff's vendor describing the attempts made to obtain access to the laptop, the time and cost expended in doing so, and the estimated time and cost of additional work that would be required to obtain access and what the likelihood of success would be if such efforts were undertaken.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 3, 2024
       New York, New York

Copies transmitted this date to all counsel of record.