```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD BREUINGER and ITGA, LLC,

                Plaintiffs,

     - against -

T. EDWARD WILLIAMS et al.,

                Defendants.
-----------------------------------------------------------------X

20-CV-7033 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has reviewed the declaration of Christopher Schmidt filed by Plaintiffs at Dkt. 311.  The Court will schedule a conference to address the laptop decryption matter further, including, in particular, the information set forth in paragraphs 8-12 of the Schmidt declaration.  Plaintiffs shall be prepared to answer the following question among others: why should Plaintiffs not be compelled to commission Archer-Hall to carry out the data analysis (described at paragraph 10 of the Schmidt declaration) to determine if decryption was successful?  Plaintiffs shall have Mr. Schmidt attend the conference.  Plaintiffs may obviate the need for the conference by agreeing in advance to carry out the data analysis.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 12, 2024
       New York, New York

Copies transmitted this date to all counsel of record.