```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICHARD BREUINGER and ITGA, LLC,

                Plaintiffs,

      - against -

T. EDWARD WILLIAMS et al.,

                Defendants.
---------------------------------------------------------------X

20-CV-7033 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 23, 2024, at Dkt. 288, the Court ordered Defendant T. Edward Williams to pay to Plaintiffs the amount of $2,313.00 no later than sixty (60) days from the date of the order (the "Order"). Williams did not object to the Order or seek reconsideration. As of July 22, 2024 (the end of the 60-day period), Williams failed to comply with the Order prompting Plaintiffs to file a request, at Dkt. 340, for entry of judgment against Williams for the amount due plus interest. Williams responded on July 29, 2024, at Dkt. 341, requesting that the Court hold the Order in abeyance on the basis that Williams had filed a motion for discovery sanctions against Plaintiffs in an amount that exceeds the amount Williams is required to pay pursuant to the Order.

Regardless of the amounts at issue in the respective motions, one (Plaintiffs') has been granted, the other (Williams') remains pending and may or may not be granted. In any event, Williams did not make his request until after the deadline to comply with the

1

Order had expired and Plaintiffs sought to enforce it.  Williams has not established good cause or any other basis that justifies his after-the-fact request.

Accordingly:

1.  Williams shall comply with the Order no later than August 15, 2024.  Failure to comply will result in further sanctions, at the cost of $100 per day until Williams complies.

2.  Plaintiffs' request for entry of judgment with interest is denied without prejudice.

3.  Plaintiffs' request for attorney's fees in connection with making the instant application is denied without prejudice.  In the event Williams does not comply with the Order and this order by August 15, 2024, Plaintiffs may renew their request for fees.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 5, 2024
       New York, New York

Copies transmitted this date to all counsel of record.