```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____          │
│ DATE FILED: _01/31/2025_         │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHARD BREUNINGER and ITGA, LLC,          :

                 Plaintiffs,          :          20-CV-7033 (JPC) (RWL)

             - against -          :          **ORDER**

                    :

T. EDWARD WILLIAMS et al.,          :

             Defendants.          :

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 30, 2025, the Court held oral argument on Defendants' motions for summary judgment. During argument, Plaintiffs made an oral application to file a purported expert report of Carolyn Johnson that had been inadvertently omitted from Plaintiffs' exhibits but had been referenced and relied upon in Plaintiffs' briefing. Defendants objected. The Court did not grant the application but asked Plaintiffs to submit to the Court the purported expert report and any correspondence with Defense counsel about its disclosure. Plaintiffs submitted those documents as directed on January 31, 2025. The documents and Plaintiffs' email transmission are attached to this order.

Accordingly, by **12:00 noon February 5, 2025**, Defendants shall file a letter of no more than three pages explaining why the Johnson report should not be admitted for purposes of summary judgment. By **February 7, 2025**, Plaintiffs shall respond by letter of no more than three pages.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 31, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

| | |
|---|---|
| **From:** | Mick Levin |
| **To:** | Lehrburger NYSD Chambers; Edward Williams; David.vanleeuwen@peyrotlaw.com |
| **Subject:** | 1:20-cv-07033-JPC-RWL Breuninger, et al v. T. Edward Williams |
| **Date:** | Thursday, January 30, 2025 9:26:33 PM |
| **Attachments:** | Carolyn J. Johnsen Declaration-esigned.pdf |
| | Carolyn J. Johnsen Resume.pdf |
| | Emails re PI expert.pdf |
| | 4th supp.pdf |
| | Email with 4th Supp Disc.pdf |

**CAUTION - EXTERNAL:**

As discussed during Oral Argument this morning, attached please find Plaintiffs' counsel's email dated January 31, 2024 conveying Plaintiffs' 4th Supplemental Rule 26(a) Disclosure Statement and the attachments thereto, an email from Mr. Williams dated February 19, 2024 regarding the disclosure, and Plaintiffs' counsel's response also dated February 19, 2024. Plaintiffs' counsel was unable to identify any other emails relevant to Plaintiffs' disclosure of Ms. Johnsen as an expert in this matter.

Mick Levin
Mick Levin, PLC
3401 North 32nd Street
Phoenix, AZ 85018
(480) 865-3051
(800) 385-1684 (fax)
(480) 865-3058 (direct)
micklevin@mlplc.com

This is a communication from a lawyer. If you are not the intended recipient of this email, please notify the sender and delete this email immediately.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Mick Levin**

| | |
|---|---|
| **From:** | Mick Levin |
| **Sent:** | Wednesday, January 31, 2024 9:50 PM |
| **To:** | Edward Williams; David.vanleeuwen@peyrotlaw.com |
| **Subject:** | ITGA adv. WIlliams/Peyrot |
| **Attachments:** | Carolyn J. Johnsen Resume.pdf; Carolyn J. Johnsen Declaration-esigned.pdf; 4th supp.pdf |

Please see Plaintiffs' Fourth Supplemental Disclosure Statement attached hereto.

Please contact me if you have any questions or concerns regarding this matter.

Mick Levin
Mick Levin, PLC
3401 North 32nd Street
Phoenix, AZ 85018
(480) 865-3051
(800) 385-1684 (fax)
(480) 865-3058 (direct)
micklevin@mlplc.com

This is a communication from a lawyer. If you are not the intended recipient of this email, please notify the sender and delete this email immediately.

**Mick Levin**

| | |
|---|---|
| **From:** | Mick Levin |
| **Sent:** | Monday, February 19, 2024 6:57 PM |
| **To:** | Edward Williams |
| **Cc:** | David.vanleeuwen@peyrotlaw.com |
| **Subject:** | RE: Plaintiff's Fourth Supplemental Disclosure |

Plaintiffs disclosed Ms. Johnson as Plaintiffs' expert in this matter.

Please contact me if you have any questions or concerns regarding this matter.

Mick Levin
Mick Levin, PLC
3401 North 32nd Street
Phoenix, AZ 85018
(480) 865-3051
(800) 385-1684 (fax)
(480) 865-3058 (direct)
micklevin@mlplc.com

This is a communication from a lawyer. If you are not the intended recipient of this email, please notify the sender and delete this email immediately.

---

**From:** Edward Williams <Edward@williamsllp.com>
**Sent:** Monday, February 19, 2024 1:31 PM
**To:** Dgrover@schlamstone.com; Mick Levin <micklevin@mlplc.com>
**Cc:** David.vanleeuwen@peyrotlaw.com
**Subject:** Plaintiff's Fourth Supplemental Disclosure
**Importance:** High

Counsel:

I received your Fourth Supplemental Disclosure. You oddly provided what appears to be an expert report as part of a supplemental disclosure. Do you intend to endorse this person under the Federal Rules and the SDNY Local Rules?

Please respond by **Noon EDT tomorrow, Feb. 20, 2024**.

Regards,

## T. Edward Williams

Partner | Williams LLP

## WILLIAMS LLP

**M**: 917-287-4740  |  **T**: 212-417-0430
45 Rockefeller Plaza, 20th Fl. New York, New York 10111
edward@williamsllp.com  |  williamsllp.com

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email or email admin@williamsllp.com and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**MICK LEVIN, PLC**
Mick Levin, Esq.  (*Pro Hac Vice*)
3401 N 32nd Street
Phoenix, AZ 85018
480-865-3051
micklevin@mlplc.com
Co-Counsel for Plaintiffs

**SCHLAM STONE & DOLAN LLP**
Jeffrey M. Eilender, Esq.
Douglas E. Grover, Esq.
26 Broadway
New York, New York 10004
212-344-5400
jeilender@sclamstone.com
Dgrover@schlamstone.com
Co-Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD BREUNINGER, an adult individual; ITGA, LLC, an Arizona limited liability company; | 1:20-cv-07033-JPC |
|       Plaintiffs, | |
| v. | **PLAINTIFFS' FOURTH SUPPLEMENTAL RULE 26(a) DISCLOSURE STATEMENT** |
| T. EDWARD WILLIAMS, an adult individual and JANE DOE WILLIAMS, his wife; PEYROT AND ASSOCIATES, PC, a New York professional corporation; | |
|       Defendants. | |

      Plaintiffs Richard Breuninger and ITGA, LLC, by and through counsel undersigned,

pursuant to Fed. R. Civ. P. 26(a)(1), hereby submit their Second Supplemental Rule 26(a)

1  Disclosure Statement. New information is indicated in **bold text**, deleted information is

2  indicated in ~~**bold strikethrough**~~ text.

3  **I.**      **NAMES, ADDRESSES, AND TELEPHONE NUMBER OF EACH**

4          **INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION**

5      A.    Richard Breuninger
             c/o Mick Levin
6            Mick Levin, PLC
             3401 N 32nd Street
7            Phoenix, AZ 85018

8            Plaintiff Breuninger is the owner/representative of ITGA, LLC and has
             information about the Complaint's allegations relating to this claim. He also
9            has information about communications with Defendants in this matter.

10     B.    Edward T. Williams
             Williams, LLP
11           45 Rockefeller Plaza; FL 20
             New York, NY 10111
12
             Defendant Williams has information about the Complaint's allegations
13           relating to his alleged conduct. He also has information about his
             communications with Muhammad Howard, Richard Breuninger,
14           representatives of ITGA's creditors, and the bankruptcy trustee. He also has
             information about the matters set forth in the Affidavit of T. Edward
15           Williams dated Feb. 12, 2020.

16     C.    Representative of Defendant Peyrot and Associates, P.C.
             c/o David C. Van Leeuwen, Esq.
17           Peyrot & Associates, P.C.
             62 William Street, 8th Floor
18           New York, NY 1005

19           A representative of Defendant Peyrot and Associates, P.C., is expected to
             testify regarding policies and procedures regarding attorneys employed by
20           the firm as well as material facts related to Defendant Williams and
             Defendant Williams' employment at the time of the events described in
21           Plaintiffs' Third Amended Complaint.

22

D. Muhammad Howard
Address to be supplemented

Mr. Howard has information regarding his discussions and negotiations with representatives of ITGA and T. Edward Williams.

E. Representatives of Hiro Investment, LLC, Nectar Investment, LLC, and Kwang Co, LLC (a principal representative is believed to be Wilson Gee)
c/o RMJ Property, Inc.
221 East Walnut Street, Ste. 268
Pasedena, CA 91101

These entities have information about the Deed of Trusts and Assignment of Rents they entered into with ITGA, their efforts to foreclose on the property secured by that deed of trust, the trustee's sale relating to that property, their discussions and negotiations with representatives of ITGA, and their discussions and negotiations with Mohammad Howard.

F. Nathan Lynn Austin
Address to be supplemented

Prior to and during 2018, Mr. Austin was employed as a groundskeeper at the Club West golf course and had managerial responsibilities.

G. Any witness listed by Defendants.

H. **Carolyn Johnsen**
**Ms. Johnsen is Plaintiffs' expert on the standard of care. She is expected to testify consistent with her Declaration Under Oath disclosed herewith. Her qualifications to testify in this matter are attached as well. Ms. Johnsen has testified once in the past four years – in the companion case from Colorado of which Defendants are aware. Ms. Johnsen charges $875.00 per hour for all time spent on this matter, including deposition and trial.**

II. LIST OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS SUPPORTING PLAINTIFFS' CLAIM

For each and every item listed below, the associated BATES stamps refer to paginated Portable Document Format ("PDF") files. If a native version of a PDF listed

- 3 -

below is available, the native document is provided with a label indicating the associated BATES stamp.

1. 2014-06-06 Articles of Organization, BATES stamps 000001_ITGA-000004_ITGA

2. 2014-06-28 Articles of Amendment, BATES stamps 000005_ITGA-000006_ITGA

3. 2017-10-18 Ahwatukee News Article BATES stamps 000007_ITGA - 000010_ITGA

4. 2017-11-27 Operating Agreement of ITGA BATES stamps 000011_ITGA - 000046_ITGA

5. 2017-11-28 Deed of Trust between ITGA and Hiro investment BATES stamps 000047_ITGA - 000078_ITGA

6. 2017-11-28 Deed of Trust between ITGA and Hiro investment BATES stamps 000079_ITGA - 000106_ITGA

6. 2017-11-28 Deed of Trust between ITGA and Hiro investment BATES stamps 000107_ITGA - 000134_ITGA

7. 2018-03-07 Ahwatukee News Article BATES stamps 000135_ITGA-000137_ITGA

8. 2018-03-25 Ahwatukee News Article BATES stamps 00138_ITGA-000141_ITGA

9. 2018-04-04 Ahwatukee News Article BATES stamps 000142_ITGA-000146_ITGA

10. 2018-04-05 Ahwatukee News Article BATES stamps 000147_ITGA-000150_ITGA

11. 2018-08-17 Membership Interest Purchase Agreement-ITGA and Dab Drilling BATES stamps 000151_ITGA

12. 2018-08-17 Ultegra proposal letter to ITGA BATES stamps  000155_ITGA-000156_ITGA

13.   2018-08-19 email  BATES stamps  000157_ITGA-000158_ITGA

14.   2018-08-19 email (2) BATES stamps 000159_ITGA-000160_ITGA

15.   2018-08-19 email (3) BATES stamps 000161_ITGA-000163_ITGA

16.   2018-08-20 email BATES stamps 000164_ITGA-000164_ITGA

17.   2018-08-20 email (2) BATES stamps 000165_ITGA-000167_ITGA

18.   2018-08-20 to 2019-01-22 text messages 000168_ITGA – 000195_ITGA.

      BATES stamps 000168_ITGA-000195_ITGA, native files provided.

19.   2018-08-20 Voluntary Petition for ITGA Filing Bankruptcy BATES stamps
      000196_ITGA-000199_ITGA

20.   2018-08-21 Ahwatukee News Article BATES stamps 000200_ITGA-
      000202_ITGA

21.   2018-08-22 Notice-Order Setting Ch 11 Conference BATES stamps
      000203_ITGA-000203_ITGA

22.   2018-08-22 US BK Court Notice to Filer-Incomplete or Deficient Filing
      BATES stamps 000204_ITGA-000206_ITGA

23.   2018-08-27 email BATES stamps 000207_ITGA-000208_ITGA.

24.   2018-08-28 email BATES stamps 000209_ITGA

25.   2018-08-28 email BATES stamps 000210_ITGA-000211_ITGA

26.   2018-08-28 Order Dismissing Case BATES stamps 000212_ITGA-
      000213_ITGA

27.   2018-08-30 Ahwatukee News Article BATES stamps 000214_ITGA-
      000216_ITGA.

28.   2018-08-30 Ahwatukee News Article (2) BATES stamps 000217_ITGA-
      000219_ITGA.

29.   2018-09-04 email BATES stamps 00220_ITGA-000220_ITGA

1

30.  2018-09-05 Ahwatukee News Article BATES stamps 000221_ITGA-000224_ITGA

2

31.  2018-09-05 email BATES stamps 000225_ITGA-000225_ITGA.

3

32.  2018-09-05 Trustee Deed Upon Sale Hiro Investment-Kwang Co. LLC BATES stamps 000226_ITGA-000252_ITGA.

4

33.  2018-09-07 Emergency Mtn to Reinstate BATES stamps 000253_ITGA-000259_ITGA

5

6

34.  2018-09-08 email BATES stamps 000260_ITGA-000261_ITGA.

7

35.  2018-09-10 email BATES stamps 000262_ITGA-000262_ITGA

8

36.  2018-09-12 Resp to Emergency Motion to Reinstate BATES stamps 000263_ITGA-000269_ITGA.

9

10

37.  2018-09-13 email BATES stamps 000270_ITGA-000271_ITGA

11

38.  2018-09-25 email BATES stamps 000272_ITGA-000272_ITGA

12

39.  2018-11-01 email BATES stamps 000273_ITGA-000274_ITGA.

13

40.  2018-11-30 email BATES stamps 000275_ITGA-000275_ITGA

14

41.  2018-9-4 email BATES stamps 000276_ITGA-000277_ITGA

15

42.  2018-9-4 email BATES stamps 000278_ITGA-000279_ITGA.

16

43.  2018-9-5 email BATES stamps 000280_ITGA-000281_ITGA

17

44.  2018-9-5 email BATES stamps 000282_ITGA-000283_ITGA

18

45.  2018-9-7 email BATES stamps 000284_ITGA-000284_ITGA

19

46.  2018-9-7 email BATES stamps 000285_ITGA-000288_ITGA

20

47.  2018-9-7 email BATES stamps 000289_ITGA-000291_ITGA

21

48.  2018-9-7 email BATES stamps 000292_ITGA-000295_ITGA

22

49.  2018-9-7 email BATES stamps 000296_ITGA-000298_ITGA.

1

50.    2018-9-7 email BATES stamps 000299_ITGA-000299_ITGA

2

51.    2018-9-10 email BATES stamps 000300_ITGA-000301_ITGA.

3

52.    2018-9-11 email BATES stamps 000302_ITGA-000303_ITGA

4

53.    2018-8-17 Agreement BATES stamps 000304_ITGA-000304_ITGA

5

54.    2018-8-28 email BATES stamps 000305_ITGA-000306_ITGA

6

55.    Reimbursement sheet email attachment to 2018-8-28 email BATES stamps
       000307_ITGA-000312_ITGA

7

56.    2018-8-28 email BATES stamps 000313_ITGA-000313_ITGA

8

57.    A/P Aging Detail email attachment to 2018-8-28 email BATES stamps
       000314_ITGA-000314_ITGA

9

58.    2018-8-31 email BATES stamps 000315_ITGA-000315_ITGA

10

59.    Balance sheet email attachment to 2018-8-31 email BATES stamps
       000316_ITGA-000317_ITGA

11

60.    Texts with Ernhart, also included as a folder with image files BATES stamps
       000318_ITGA-000458_ITGA

12

61.    Affidavit of Defendant Williams BATES stamps 000459_ITGA-
       000799_ITGA.

13

14

62.    April 3 Status summary to CEO Lawrence & Geyser BATES stamps
       000800_ITGA, native file provided.

15

16

63.    New Club West Golf Club Business Plan revision 2.5, dated January 23,
       2017. BATES stamps 000801_ITGA-000854_ITGA.

17

64.    Deposition of Richard Breuninger, dated January 13, 2022. BATES stamps
       000855_ITGA-001042_ITGA

18

65.    Driving Range Annual Cash Flow Projections BATES stamps
       001043_ITGA-001043_ITGA.

19

20

66.    Maricopa County Assessor's Office 2019 Property Valuations for ITGA,
       dated February 23, 2018. BATES stamps 001044_ITGA-001050_ITGA

21

22

67. Defendant Williams Deposition, taken in the Colorado matter on September 21, 2021 and on October 22, 2021 BATES stamps 001051_ITGA-001051_ITGA

67. T. Edward Williams, Vol 2 (Read and Sign letter with attachments), BATES stamps 001052_ITGA-001054_ITGA

68. 09-20-21 Williams T. Edward_FullSize, BATES stamps 001055_ITGA-001228_ITGA

69. Club West 2017-2018 Season Performance spreadsheet, v2Copy of Budget CW Worksheet(34553) BATES stamps 001229_ITGA, native file provided.

70. Privilege log - BATES stamps ITGA NY 001230_ITGA

71. Signed Verifications BATES stamps 001233_ITGA-001234_ITGA

72. Breuninger Settlement Agreement, BATES stamps 001235_ITGA

73. Breuninger Agreement -Signature Page, BATES stamps 001236_ITGA

74. January 7, 2015 John Deere quote to Club West, BATES stamps 001237_ITGA-001250_ITGA

75. April 16, 2015 Turf Equipment Source invoice to Club West, BATES stamps 001251_ITGA-001251_ITGA

76. April 23, 2015 letter of endorsement from the National Indian Gaming Association to ITGA, BATES stamps 001252_ITGA-001252_ITGA

77. June 5, 2017 T. Edward Williams, Esq. engagement letter to Ultegra re: High Plains Computing, Inc., BATES stamps 001253_ITGA-001257_ITGA

78. June 15, 2017 T. Edward Williams, Esq. engagement letter to Ultegra Sloan's Lake Apartment, LLC, BATES stamps 001258_ITGA-001261_ITGA

79. June 16, 2017 T. Edward Williams, Esq. engagement letter to Ultegra re: EcoHomes of Northwest Indiana, LLC, BATES stamps 001262_ITGA-001266_ITGA

80. August 16, 2017 T. Edward Williams, Esq. engagement letter to Ultegra re: Citibank, BATES stamps 001267_ITGA-001270_ITGA

81.   August 24, 2017 T. Edward Williams, Esq. engagement letter to Ultegra re: Lucky Bucks, BATES stamps 001271_ITGA-001274_ITGA

82.   August 25, 2017 Letter of Intent to Submit Offer to Buy Club West Golf Course from ITGA to Wilson Gee, BATES stamps 001275_ITGA-001275_ITGA

83.   August 28, 2017 Letter of Intent to Submit Offer to Buy Club West Golf Course from ITGA to Gila River Indian Community, BATES stamps 001276_ITGA-001276_ITGA

84.   September 17, 2017 T. Edward Williams, Esq. engagement letter to Ultegra re: Cultura Fusion, BATES stamps 001277_ITGA-001280_ITGA

85.   September 20, 2017 T. Edward Williams, Esq. engagement letter to Ultegra BATES stamps 001281_ITGA-001284_ITGA

86.   September 24, 2017 T. Edward Williams, Esq. engagement letter to Ultegra re: Hostetler Litigation, BATES stamps 001285_ITGA-001289_ITGA

87.   October 2017 through February 2018, Club West profits and losses page 2, BATES stamps 001290_ITGA-001292_ITGA

88.   October 2017 through February 2018, Club West profits and losses, BATES stamps 001293_ITGA-001294_ITGA

89.   October 5, 2017 ITGA purchase Club West agreement signed, BATES stamps 001295_ITGA-001295_ITGA

90.   October 5, 2017 ITGA purchase Club West agreement, BATES stamps 001296_ITGA-001296_ITGA

91.   October 17, 2017 Club West Articles Of Organization, BATES stamps 001297_ITGA-001300_ITGA

92.   October 31, 2017 Midfirst Bank ITGA statement, BATES stamps 001301_ITGA-001309_ITGA

93.   November 27, 2017 ITGA operating agreement, BATES stamps 001310_ITGA-001345_ITGA

94.    November 30, 2017 Midfirst Bank ITGA statement, BATES stamps 001346_ITGA-001352_ITGA

95.    December 28, 2017 Club West Armstrong Residential Services payment schedule, BATES stamps 001353_ITGA-001353_ITGA

96.    December 31, 2017 Midfirst Bank Club West statement, BATES stamps 001354_ITGA-001370_ITGA

97.    December 31, 2017 Midfirst Bank ITGA statement, BATES stamps 001371_ITGA-001376_ITGA

98.    2018, ITGA Club West operable equipment inventory, BATES stamps 001377_ITGA-001386_ITGA

99.    January 23, 2018 term letter, BATES stamps 001387_ITGA-001390_ITGA

100.    January 31, 2018 Midfirst Bank Club West statement, BATES stamps 001391_ITGA-001411_ITGA

101.    February 6, 2018, UCC statement, BATES stamps 001412_ITGA-001413_ITGA

102.    February 28, 2018 Club West ap aging detail, BATES stamps 001414_ITGA-001414_ITGA

103.    February 28, 2018 Club West Articles Of Amendment, BATES stamps 001415_ITGA-001417_ITGA

104.    February 28, 2018 Midfirst Bank Club West statement, BATES stamps 001418_ITGA-001435_ITGA

105.    March 20, 2018, Club West ITGA hearing presentation, BATES stamps 001436_ITGA-001444_ITGA

106.    May 14, 2018 Southwest Geophysics proposal, BATES stamps 001445_ITGA-001454_ITGA

107.    May 23, 2018 FinMkt loan application, BATES stamps 001455_ITGA-001456_ITGA

108. May 23, 2018 Prospera Investments, BATES stamps 001457_ITGA-001460_ITGA

109. May 30, 2018 Global Capital Partners Fund loan application, BATES stamps 001461_ITGA-001462_ITGA

110. June 5, 2018 Global Capital Partners Fund request for Letter of Intent, BATES stamps 001463_ITGA-001463_ITGA

111. June 6, 2018 Global Capital Partners Fund Letter of Intent, BATES stamps 001464_ITGA-001466_ITGA

112. June 20, 2018 FinMkt personal statement, BATES stamps 001467_ITGA-001468_ITGA

113. June 21, 2018 Global Capital Partners Fund loan commit letter, BATES stamps 001469_ITGA-001472_ITGA

114. July 3, 2018 Nathan Lynn Austin Pawn 1st re: LT-s03052269, BATES stamps 001473_ITGA-001473_ITGA

115. July 3, 2018 Richard Breuninger Pawn 1st re: LT-s03052274, BATES stamps 001474_ITGA-001474_ITGA

116. July 3, 2018 Richard Breuninger Pawn 1st re: LT-s03052275, BATES stamps 001475_ITGA-001475_ITGA

117. July 5, 2018 Nathan Lynn Austin Pawn 1st re: LT-s03052305, BATES stamps 001476_ITGA-001476_ITGA

118. July 5, 2018 Nathan Lynn Austin Pawn 1st re: LT-s03052306, BATES stamps 001477_ITGA-001477_ITGA

119. July 5, 2018 Nathan Lynn Austin Pawn 1st re: LT-s03052342, BATES stamps 001478_ITGA-001478_ITGA

120. July 5, 2018 Nathan Lynn Austin Pawn 1st re: LT-s03052343, BATES stamps 001479_ITGA-001479_ITGA

121. July 6, 2018 notice and claim of lien ad to ITGA, BATES stamps 00001480_ITGA-001495_ITGA

122. July 7, 2018 Nathan Lynn Austin Pawn 1st re: LT-s03052420, BATES stamps 001496_ITGA-001496_ITGA

123. July 9, 2018 Nathan Lynn Austin Pawn 1st re: LT-s03052486, BATES stamps 001497_ITGA-001497_ITGA

124. July 10, 2018 Nathan Lynn Austin Pawn 1st re: LT-s03052548, BATES stamps 001498_ITGA-001498_ITGA

125. July 11, 2018 Erik Becker, CPA Notice and Claim of Lien re: ITGA, BATES stamps 00001499_ITGA-001513_ITGA

126. July 17, 2018 Richard Breuninger Smart Pawn, BATES stamps 001514_ITGA-001514_ITGA

127. August 2018 T. Edward Williams, Esq. time entries, BATES stamps 001515_ITGA-001515_ITGA

128. August 2, 2018 payment to Global Capital Partners Fund, BATES stamps 001516_ITGA-001516_ITGA

129. August 17, 2018 tribal shield to ITGA, BATES stamps 001517_ITGA-001517_ITGA

130. August 17, 2018 Ultegra term sheet to ITGA, BATES stamps 001518_ITGA-001519_ITGA

131. August 20, 2018 Bankruptcy ECF notice re: meeting of creditors scheduled, BATES stamps 001520_ITGA-001520_ITGA

132. August 20, 2018 Bankruptcy ECF notice re: notice of Bankruptcy filing, BATES stamps 001521_ITGA-001522_ITGA

133. August 20, 2018 ECF email to T. Edward Williams, Esq., BATES stamps 001523_ITGA-001524_ITGA

134. August 20, 2018 Muhammad Howard pay.gov receipt, BATES stamps 001525_ITGA-001525_ITGA

135. August 21, 2018 Bankruptcy ECF notice re: barnes notice of appearance, BATES stamps 001526_ITGA-001527_ITGA

136. August 21, 2018 CNS Western Bankruptcy Report, BATES stamps 001528_ITGA-001531_ITGA

137. August 21, 2018 Jeffrey C. Perea email to T. Edward Williams, Esq. re ITGA-001532_ITGA-001532_ITGA

138. August 22, 2018 Bankruptcy ECF notice re: deficiency notice, BATES stamps 001533_ITGA-001533_ITGA

139. August 22, 2018 Bankruptcy ECF notice re: order setting status conference, BATES stamps 001534_ITGA-001534_ITGA

140. August 22, 2018 Bankruptcy ECF notice re: trustee notice of appearance, BATES stamps 001535_ITGA-001536_ITGA

141. August 24, 2018 Bankruptcy ECF notice re: deficiency notice, BATES stamps 001537_ITGA-001537_ITGA

142. August 27, 2018 Bankruptcy ECF notice re: deficiency notice, BATES stamps 001538_ITGA-001539_ITGA

143. August 27, 2018 Muhammad Howard email to T. Edward Williams, Esq., BATES stamps 001540_ITGA-001540_ITGA

144. August 27, 2018 Muhammad Howard email to T. Edward Williams, Esq. list of assets, BATES stamps 001541_ITGA-001541_ITGA

145. August 28, 2018 Bankruptcy ECF notice re: case dismissed order, BATES stamps 001542_ITGA-001542_ITGA

146. August 28, 2018 CNS Western Bankruptcy Report, BATES stamps 001543_ITGA-001545_ITGA

147. August 28, 2018 Muhammad Howard and T. Edward Williams, Esq. texts, BATES stamps 001546_ITGA-001546_ITGA

148. August 29, 2018 Bankruptcy ECF notice status conference vacated, BATES stamps 001547_ITGA-001547_ITGA

149. August 30, 2018 Bankruptcy ECF notice certificate of notice re: dismissal, BATES stamps 001548_ITGA-001548_ITGA

150.   August 30, 2018 text to T. Edward Williams, Esq., BATES stamps 001549_ITGA-001549_ITGA

151.   August 31, 2018 Muhammad Howard email to T. Edward Williams, Esq. re: debtors 1, BATES stamps 001550_ITGA-001550_ITGA

152.   August 31, 2018 Muhammad Howard email to T. Edward Williams, Esq. re: debtors 2, BATES stamps 001551_ITGA-001551_ITGA

153.   August 31, 2018 unsigned Osborn Maledon fee agreement to ITGA, BATES stamps 00001552_ITGA-001557_ITGA

154.   September 4, 2018 Sominksy to T. Edward Williams, Esq re local counsel on Bankruptcy case in AZ, BATES stamps 001558_ITGA-001561_ITGA

155.   September 5, 2018 T. Edward Williams, Esq. email to Sominksy Re local counsel on Bankruptcy case, BATES stamps 001562_ITGA-001565_ITGA

156.   September 7, 2018 Bankruptcy ECF notice re: Motion to Reinstate, BATES stamps 001566_ITGA-001567_ITGA

157.   September 7, 2018 T. Edward Williams, Esq. partial AT&T statement, BATES stamps 001568_ITGA-001571_ITGA

158.   October 17, 2018 Nathan Lynn Austin misc pawn, BATES stamps 001572_ITGA-001572_ITGA

159.   December 1, 2018 Club West loan amortization schedule, BATES stamps 001573_ITGA-001580_ITGA

160.   August 24, 2021 Default Hearing Transcript in Maricopa County ITGA case, BATES stamps 001581_ITGA-001591_ITGA

161.   Bankruptcy case docket, BATES stamps 001592_ITGA-001594_ITGA

162.   Example Certificate Of Liability Insurance, BATES stamps 001595_ITGA-001595_ITGA

163.   Global Capital Partners Fund Limited wire instructions, BATES stamps 001596_ITGA-001596_ITGA

164.   Handwritten asset list, BATES stamps 001597_ITGA-001598_ITGA

165.    ITGA background, BATES stamps 001599_ITGA-001606_ITGA

166.    ITGA-CLUB WEST CPA summary and background, BATES stamps 001607_ITGA-001609_ITGA

167.    Undated pawn receipt, BATES stamps 001610_ITGA-001621_ITGA

168.    All pleadings, motions, and depositions in this matter and related matters, and discovery and disclosure submitted by Defendants in this matter and related matters.

169.    2018-02-28 Club West Golf Course Balance Sheet

170.    2017-10 to 2018-02 Club West Golf Course Profit and Loss

171.    2017-10-05 ITGA Promissory Note and Agreement

172.    2023-09-10 and 2023-09-14 Flights information for Richard Breuninger

173.    2023-09-10 through 2023-09-13 Hotel fees for Richard Breuninger

174.    **Declaration of Carolyn Johnsen**

175.    **Resume of Carolyn Johnsen**

## III.    DAMAGES

Defendants Williams and Peyrot & Associates, P. C.'s breach of their duties of care owed to Plaintiff ITGA caused Plaintiff ITGA to lose Club West to foreclosure proceedings. Plaintiffs believe that the fair market value of Club West was $2,000,000.00 at the time of the foreclosure and that Plaintiffs owed $1,300,000.00 for Club West to Wilson Gee and others at the time of the foreclosure, thus resulting in a loss of $700,000.00.

Additionally, Defendants Williams and Peyrot & Associates, P. C. consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to

1  Plaintiff ITGA by failing to comply with Bankruptcy Court Rules and Arizona's Ethical

2  Rules such that an award of punitive or exemplary damages is appropriate.

3  **IV.    INSURANCE AGREEMENTS**

4         Plaintiff is not in possession or aware of any relevant insurance agreements.

5                        DATED this 31st day of January, 2024

6                            MICK LEVIN, PLC

7
                             /s/ Mick Levin
8                            Mick Levin
                             Attorneys for Plaintiffs
9

10                        CERTIFICATE OF SERVICE

11         I hereby certify that on this 31st day of January, 2024 the foregoing document was
    emailed to the following:
12
    T. Edward Williams
13  WILLIAMS, LLP
    45 Rockefeller Plaza; FL 20
14  New York, NY 10111
    edward@williamsllp.com
15  Counsel for Defendant Williams

16
    PEYROT & ASSOCIATES, PC
17  David C. Van Leeuwen, Esq.
    PEYROT & ASSOCIATES, PC
18  62 William Street, 8th Floor
    New York, New York 10005
19  David.vanleeuwen@peyrotlaw.com
    Counsel for Defendants Peyrot & Associates
20

21  /s/ C. Berry
    Christy Berry
22

DECLARATION OF CAROLYN J. JOHNSEN UNDER PENALTY OF PERJURY

1.      I, Carolyn J. Johnsen, declare under penalty of perjury under Colorado law that the following is true and correct to the best of my knowledge, information and belief. I am over the age of 18 and if called upon to testify, I would testify competently to the facts, conclusions, and opinions set forth in this Declaration.

2.      I am a senior member/partner with the law firm of Dickinson Wright, PLLC, a 475-lawyer firm with 19 offices nationwide and in Toronto, Canada.  I practice in the Phoenix office.

3.      I am licensed to practice law in the State of Arizona (admitted 1988) and the State of Texas (admitted 1980) and am in good standing in both states.

4.      I am admitted to practice before the following courts:  United States Supreme Court; Court of Appeals for the Ninth Circuit; Bankruptcy Appellate Panel for the Ninth Circuit; District Courts (and Bankruptcy Courts) for Arizona, the Northern District of Texas, and the Southern District of Texas.

5.      I have practiced commercial bankruptcy law in Arizona for 35 years.  I have represented clients in all aspects related to Chapter 11 bankruptcies including debtors, creditors, creditor committees and trustees.  My resume is attached as **Exhibit 1** to this Declaration. As a result, I am familiar with Chapter 11 bankruptcy proceedings in the United State Bankruptcy Court for the District of Arizona (the "**Court**") and the Court's Local Rules of Procedure (the "**Local Rules**").

7.      I have reviewed Plaintiffs' Complaint in this matter as well as the exhibits thereto.

8.      I have been asked to assume that the allegations contained in the Complaint will be proven as true in a court of law. Specifically, I understand that

- In August of 2018, ITGA ("**ITGA**") owned a property referred to as the Foothills Club West Golf Course (the "**Property**") that was subject to a first position deed of trust lien securing a loan to ITGA by Hiro Investment LLC, Nectar Investment LLC and Kwang Co. LLC (the "**Lender**").  After declaring a default on the loan, on or about May 14, 2018, the Lender filed a Notice of Trustee's Sale scheduling a foreclosure of the Property for August 21, 2018.[1]

- On August 20, 2018, in order to prevent the foreclosure sale and preserve the Property as an asset, ITGA filed a voluntary Chapter 11 petition in the United States Bankruptcy Court for the District of Arizona thereby commencing case No. 2:18-bk-10070-MCW (the "**Case**").

---

[1] The Notice is attached as Exhibit 5 to the Plaintiffs' Complaint.

9.    Upon the filing of the Case, Section 362 of the Bankruptcy Code effectuated an "automatic stay" of certain actions pending by creditors with respect to property owned by ITGA. Consequently, the Lender's foreclosure was stayed pending further order by the Bankruptcy Court.  The Lenders continued the Trustee's Sale until September 4, 2021 (the "**Rescheduled Sale Date**").

10.    In my career, I have represented numerous clients in situations such as the Plaintiffs in which I filed a Chapter 11 bankruptcy on the eve of a foreclosure in order to effectuate the automatic stay.

11.     In formulating my opinion, I have reviewed the Bankruptcy Docket for the Case and all of the pleadings referenced therein (**Exhibit 2**). These documents are all of public record.

- On August 20, 2018, T. Edward Williams filed a voluntary Chapter 11 bankruptcy petition (the "**Petition**") on behalf of ITGA , LLC [Doc No. 1] (**Exhibit 3**). He signed the Petition as the attorney for the Debtor and listed his address as Armstrong Teasdale LLP, 4643 South Ulster Street, Suite 800, Denver, Colorado, 80237, contact phone 720.200.0614; and email address ewilliams@armstrongteasdale.com.

- The Docket Text related to the Petition filing contained the following language *Failure to timely upload the list of creditors, may result in dismissal of the case without further notice.*

- On August 22, 2018, the Clerk of the Bankruptcy Court filed its *Notice to Debtor(s) of Incomplete or Deficient Filings and that Debtor(s) Must File All required Documents or their Case will be Dismissed without Further Notice* (the "**Notice**") [Doc No. 5] (**Exhibit 4**).

- The Notice provided that *NOTICE IS GIVEN THAT the above debtor(s) have filed a voluntary petition and that debtor(s) have not filed the documents checked below or have filed them without all the required information. **Failure to timely file all required documents with all required information and within the time periods stated will result in the dismissal of this case*** (emphasis added).

- The Notice specified the following requirement:  *A typed list of creditors in the required format of a master mailing list required to be filed within **seven days** of the date of the filing of the bankruptcy petition by Local Rule of Bankruptcy Procedure 1007−1 and Federal Rule of Bankruptcy Procedure 1007.* (emphasis added).

- The Notice was sent to T. Edward Williams by e-mail at ewilliams@armstrongteasdale.com as set forth in the Certificate of Service filed by the Clerk of the Bankruptcy Court on August 7, 2018 [Doc No. 7] (**Exhibit 5**).

- On August 28, 2018, the Bankruptcy Court issued its *Order Dismissing Case* specifically based on the failure to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1 (the "**Dismissal Order**") [Doc No. 9]. The Clerk of the Bankruptcy Court sent notice of the Dismissal Order to T. Edward Williams by e-mail at ewilliams@armstrongteasdale.com as set forth in the Certificate of Service filed by the Clerk of the Bankruptcy Court on August 28, 2018 [Doc No. 11] (**Exhibit 6**).

11.    Also pertinent to my opinion are the following rules of procedure, in pertinent part, pertaining to the Case:

- Federal Rule of Bankruptcy Procedure ("**FRBP**") 1007 provides that
(*a* )(1) *In a voluntary case, the debtor shall file with the petition a list containing the name and address of each entity included or to be included on Schedules D, E, F, G, and H as prescribed by the Official Forms.*

    *(d)  In addition to the list required by subdivision (a) of this rule, a debtor …in a voluntary chapter 11 reorganization case shall file with the petition a list containing the name, address and claim of the creditors that hold the 20 largest unsecured claims, excluding insiders, as prescribed by the appropriate Official Form.*

- Local Rule 1007-1 provides:
 *(a) Master Mailing List.*
        *(1)  A master mailing list must be filed with the petition in the format required by the Clerk. . . .*
        *(3) The debtor shall have seven (7) days from the filing of the petition to file a master mailing list that complies with the above requirements. If a master mailing list does not comply, the Clerk will immediately notify the debtor's attorney or debtor, if pro se.* ***Failure to timely file a properly formatted master mailing list will be cause for dismissal of the petition without further notice or a hearing*** (emphasis added).

- Local Rule 9010-1 requires that
*Any attorney representing a debtor, creditor or party in interest must comply with all requirements of the Code, FRBP, these Local Rules and the Arizona Rules of Professional Conduct.*

11.    According to the Bankruptcy Docket, it is clear that

- T. Edward Williams did not file a list of creditors at any time during the Case.

- T. Edward Williams did not file any pleading or request to continue the deadline for filing a list of creditors.

- After the Dismissal Order was entered and prior to the Rescheduled Sale, T. Edward Williams did not take any steps to re-instate the Case or to file a new bankruptcy case for ITGA in order to stay the foreclosure.

12.     Without a bankruptcy pending, the foreclosure occurred on the Rescheduled Date of September 4, 2018.[2] Three days later, on September 7, 2018 T. Edward Williams filed an Emergency Motion to Reinstate Case and To Reinstate Automatic Stay (the "**Reinstatement**") [Doc No. 12] (**Exhibit 7**). On September 12, the Lender filed its Opposition to Emergency Motion to Reinstate Case and to Reinstate Automatic Stay [Doc No. 13] (**Exhibit 8**).

13.     The Bankruptcy Docket does not reflect that T. Edward Williams took any steps to have the Reinstatement heard by the Court. The Court did not rule on the Reinstatement and on January 22, 2019, the Court issued its Order closing the Case [Doc No. 14] (**Exhibit 9**).

14.     I have been asked to assume that ITGA, LLC did not desire for the Chapter 11 Bankruptcy to be dismissed and did desire it to be refiled when dismissed so as to preserve Club West as an asset.

15.     Based upon my training, education, and experience, it is my opinion that

- Had T. Edward Williams filed even a single creditor as its list of creditors prior to the August 28, 2018 dismissal, the Case would not have been dismissed on the basis cited in the Dismissal Order.

- Had T. Edward Williams filed a request to extend the deadline for submission of the list of creditors, which requests are routinely granted in the District of Arizona, it is extremely doubtful that the Case would have been dismissed on the basis cited in the Dismissal Order.

- After the Dismissal Order was entered and prior to the Rescheduled Sale, T. Edward Williams had sufficient time and was not prevented from taking steps to re-instate the Case or to file a new bankruptcy case for ITGA in order to stay the foreclosure.

16.     In my opinion, a bankruptcy attorney in the State of Arizona falls below the standard of care in these circumstances if:

- The attorney representing a debtor in a Chapter 11 bankruptcy fails to timely file a list of creditors or a request for an extension of time to file such list in light of the clear and undisputable consequences of dismissal of the case for failure to do so.

- After filing a Chapter 11 bankruptcy in order to stay a foreclosure and being aware that the case has been dismissed and the foreclosure is still pending, the attorney fails to take timely steps to re-instate the case or file a new case to preserve the asset.

---

[2] See Exhibit 11 to Plaintiffs' Complaint.

17.    In my opinion, T. Edward Williams fell below the standard of care for a bankruptcy attorney in the State of Arizona by:

- Failing to file a list of creditors as required by the FBRP and Local Rules.

- Failing to request an extension of time to file the list of creditors, if necessary; and

- Failing to take steps to re-instate the Case or file a new case in order to preserve the Property as an asset.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 22nd day of December, 2021 at Maricopa County, Arizona.

/s/ Carolyn J. Johnsen
Carolyn J. Johnsen

4888-6951-8343 v1 [99998-2606]



**CAROLYN JOHNSEN**
Phoenix, Arizona
cjjohnsen@dickinsonwright.com; (o) 602-285-5040 (c) 602-684-4766

Lawyer, Partner -- Dickinson Wright PLLC, a 475-attorney law firm with 19 offices nationwide and in Toronto
Career in restructuring, turnaround and crisis management

**EXPERIENCE**

• Over 30 years of experience in creating complex restructuring plans for multi-million dollar companies in multiple industries
• Vast experience in working with boards of directors and executive management of public and private companies to assess business and industry position
• High level expertise in strategy and execution in working with well over 100 companies, both public and private in multiple industries including Manufacturing, Distribution, Hospitality, Aviation, Health Care and Real Estate
• Top level skill in assessing a company's business, its industry position, and its operational, managerial, and financial structure and debt; (2) negotiation with multiple constituencies including government regulatory agencies; (3) working closely with directors and senior management to devise strategies for restructure, sale, purchase, or merger; (4) developing creative plans to achieve the company's goals

**SIGNIFICANT REPRESENTATIONS AND NATIONAL RECOGNITION**

• Represented Unsecured Creditor Committee for multi-million dollar airline parts manufacturing company with national and international distribution; successfully negotiated plan for survival of the company and payment to creditors; recognized nationally by Turnaround Management Association as Small Company Turnaround of the Year for 2018
• Represented Unsecured Creditor Committee in successful reorganization of two hospitals; recognized nationally by Turnaround Management Association as Mid-Sized Company Turnaround of the year for 2017 and by the M&A Advisor for its Health Care/Life Sciences Deal of the Year for 2016
• Served as lead counsel for Debtor company with a $1 billion commercial loan portfolio, 2400 investors, and multiple borrowers; responsible for revamping board and management; minimized and controlled litigation; resolved compliance issues with State Banking Department, SEC and State Attorney General; protected company's position in six simultaneous multi-million dollar bankruptcies; stabilized company to permit a court and creditor approved plan of reorganization
• Continued representation of Arizona's largest utility company in bankruptcy matters guiding the Board of Directors and General Counsel in formulating and implementing policies and procedures and negotiating and finalizing multi-million dollar power agreements and plant sales

- Served as lead counsel to owner of national sports franchise in a Chapter 11 bankruptcy by the franchise; negotiated with national league, creditors and municipal stadium owner regarding competitive sale of franchise, player contracts, team assets, and assumption of stadium rights and contracts
- Represented international, NASDAQ-traded software company in commercial bankruptcy matters, guiding General Counsel in formulating policies and procedures
- Represented Unsecured Creditors Committee successful reorganization of a publicly-held food manufacturing company with nationwide and international manufacturing facilities; negotiated full payment plan with return to shareholders
- Represented Unsecured Creditors' Committee in successful sale of publicly held company engaged in the international manufacturing of automobile chargers and related products

**LEGAL CONTRIBUTIONS**

- Selected one of 15 lawyers state-wide as a founding Master of the Arizona Bankruptcy Inn of Court 2011; served on Board of Directors 2012-13
- Founder of Arizona's CARE (Credit Abuse Resistance Education) program in 2006 designed to teach high school and college students about financial responsibility; coordinated and led committee of lawyers and judges who taught over 1,000 students in numerous schools
- Co-Chair 2007-2009 state-wide committee to raise funds to revitalize programs at the Sandra Day O'Connor School of Law in Justice O'Connor's honor; received School's Distinguished Achievement Award
- Ninth Circuit Lawyer Representative to Circuit Judicial Conference 2003-05
- Committee on Bankruptcy Self-Help Assistance – Court appointed member 2005-06
- Bankruptcy Appellate Panel Rules Committee – Court appointed member 2001
- Bankruptcy Court Mediator 2005-present
- Turnaround Management Association Member 1998-present
- American Bankruptcy Institute Member 1991-present

**AWARDS**

- Selected Top 100 Lawyers in the State of Arizona-Arizona Business Magazine 2015-2021
- Selected Most Influential Women in Arizona-Arizona Business Magazine 2015
- Best Lawyers in America for 2008-21; 50 Southwest Super Lawyers for 2007-2021
- Top Ten Leading Lawyers in Arizona 2006
- Top five finalist for the Arizona Woman Magazine's Woman of the Year 2009 and Golden Heart of Business 2008
- Best of the Bar-Arizona Business Journal 2003-05
- Honorary Squadron Commander – Luke Air Force Base

**NATIONAL AND COMMUNITY NON-PROFIT BOARD SERVICE**

- Board of Directors, <u>Smithsonian Libraries</u>, the largest museum and research library system in the world 2014-2020-- Vice Chair 2018-2020; Chair year-long 50th Anniversary celebration in Washington D.C. 2018; Chair, Prospective Donor and Event Committee 2016-18
- Co-Chair 2015-18 of the Alumnae of <u>Direct Women</u>, a national organization consisting of approximately 150 experienced lawyers who promote women in serving on corporate boards of directors
- Board of Directors, National Association of Women Business Owners, Arizona Chapter 1997- 2001; chief financial officer responsible for chapter finances and interaction with national organization; organized comprehensive financing seminar for women and bank representatives on obtaining credit
- Co-chair Board of Directors, Arizona Council for Women, 1999-2001; led organization to coordinate efforts of women organizations representing over 84,000 women in Arizona and interaction with governmental agencies
- Chair Board of Directors, Ballet Lubbock, Lubbock, Texas 1985-1987; stabilized floundering ballet company; developed comprehensive fund-raising plan and established new sources of revenue through touring; principal dancer with the company

**PUBLIC FOR PROFIT BOARD SERVICE**

Board of Directors, Valley Commerce Bank, nka Bank of Arizona, a publicly-held bank, from inception 1995 until sale in 2005
- Member of Executive Committee, five years; guided Bank through expansion and structuring of sale
- Chair of Audit Committee, one year; oversaw bank financial and corporate reporting
- Chair of Strategic Planning Committee, three years; developed short and long-term plans for the Bank including ultimate sale with large investment return for shareholders

**PROFESSIONAL ADMISSIONS**

State Bars of Arizona and Texas
United States Supreme Court, Ninth Circuit Court of Appeals, Bankruptcy Appellate Panel for the Ninth Circuit, Arizona District Court, Texas District Courts for the Northern and Southern Districts

**PROFESSIONAL PUBLICATIONS AND PRESENTATIONS**

Extensive writings and over 100 speaking presentations to educate clients, lawyers, accountants and corporate representatives on bankruptcy, restructuring, sales and acquisitions from a business perspective. <u>Most recent</u>:

- Co-author, *Managing Uncertainty through Financial Crisis Requires Proactive Guidance* (Blog-March 2020)

- Author and Presenter, *A Realistic Survival Option for Small Businesses-Relief Under the Small Business Reorganization Act* (March 2020)
- Co-Author, *Finding the Cure: Solutions That Can Provide Financial Stability for Physicians*—Physicians Practice (December 2019)
- Panelist: *Sales, Mergers & Acquisitions: How Bankruptcy Can Help Turn Chaios Into Opportunity in a Post-Covid World*—Tennessee Association of Corporate Counsel (May 2020)
- Author, *Supreme Court Favors Trademark Licensees on Critical Bankruptcy Issues* (Blog-July 2019)
- Co-Author, *Blessings in Disguise: Hidden Opportunities in Healthcare Bankruptcies* --Healthcare Michigan (October 2018)
- Panelist: *Top Bankruptcy Supreme Court Cases of All Time* --Arizona Federal Bar Association (February 2018)
- Presenter, *Third-Party Releases in Bankruptcy*, American Bankruptcy Institute (September 2016)
- Presenter, *The Ins and Outs of Bankruptcy from Both the Debtor and Creditor Perspectives*, Association of Corporate Counsel, Arizona Chapter (March 2013)
- Presenter/ Co-Author, *Managing the Franchise Relationship through Franchisee Receivership and Bankruptcy*, ABA National Forum on Franchising (August 2012)
- Presenter/ Co-Author, *Chapter 11 for Mom and Pop*, State Bar of Arizona CLE by the Sea (July 2012)
- Panelist, *Hot Topics in Bankruptcy*, State Bar Convention (June 2012)
- Author, *The Basic Ins and Outs of the Bankruptcy Arena for District Energy System Operators*, District Energy Magazine, International District Energy Association (August 2010)
- Panel Moderator *Bankruptcy Mediation: Why It Works and When to Use It*, State Bar of Arizona Bankruptcy Section (May 2008)
- Author, *Bankruptcy As The New Beginning*, The Phoenix Business Journal: State Bar Special Bankruptcy Section (October 2009)
- Author, *Mortgages Ltd.: Bankruptcy's Perfect Storm*, Bankruptcy Litigation Reporter (September 2009)
- Author, *The Next Chapter? In Tough Times, Filing for Chapter 11 Can be a Viable Solution* Arizona Business Magazine (June 2009)
- Moderator, *Arizona Real Estate 2008: A Perfect Storm of Financial Disaster - Finding Your Life Vest or Raft and Learning to Ride the Waves*, Turnaround Management Association, Arizona Chapter Meeting (November 2007)
- Author, *Why You Absolutely Need to Know Something About Bankruptcy: A Guide to the Bankruptcy Practice*, Reference Guide (2003, revised 2007)
- Author, *The 'B' Word is Not So Bad! Using Bankruptcy as a Business Tool*, Arizona Journal of Real Estate & Business (June 2006)
- Presenter, *The War of the Worlds, Bankruptcy Versus . . .*, American Bar Association Forum on Franchising (October 2005)
- Presenter, *Bankruptcy Abuse and Consumer Protection Act*, State Bar Seminar (September 2005)

- Presenter, *The 'B' Word is Still Not So Bad*! Golf & Resort Development (August 2004 and 2005)
- Author, *Restructuring, Sales, Financing, Acquisitions*, Gold Mountain Resort Development (August 2005)
- Presenter, *Bankruptcy Ethics*, State Bar Convention (annual presentation June 2002-2006)
- Author, *When is Receiving a 'Preference' a Bad Thing?* High Profile Arizona (February 2005)
- Presenter, *Bankruptcy*, Federal District Court Conference (annual 2002-2005)
- Presenter, *Trustees*, Conference of Chief Bankruptcy Judges (December 2004)
- Presenter, *Bankruptcy Litigation & Practice*, PESI Continuing Education (annual 1992-2006)

## NON-LEGAL PUBLICATION

*Oh, What to Eat--Quick Comfort Foods for Super Busy People* – Cookbook, national distribution

## LEGAL POSITIONS INCLUDING MANAGEMENT ROLE

Dickinson Wright                    Partner 2014-present

Full-service law firm with 475 lawyers in 19 offices
Recruited to establish broader commercial restructuring practice and to participate on a national platform in the bankruptcy and restructuring arena

Jennings Strouss & Salmon          Partner  2003-2014

Full-service law firm with 70 lawyers (one of the oldest in Arizona)

Recruited to organize and establish a commercial reorganization practice; Developed and trained section consisting of multiple lawyers and support staff; Established state, regional and national prominence for the section; Served as Department Chair with distinct managerial role in the firm

Gallagher & Kennedy                Partner 2001-2003

Full-service law firm with 100 lawyers
Recruited to create reorganization department; Developed section and practice; Developed preeminent role as creditor committee counsel; Authored procedural and reference manual to guide clients in preparing for and addressing bankruptcy matters

Hebert, Schenk & Johnsen           Partner 1989-2001

Founded firm specializing in commercial bankruptcy and litigation; Participated in all aspects of management and growth

<u>Beus, Gilbert, Wake & Morrill</u>        Associate 1987-1989

Began private practice in commercial bankruptcy with well-known and high profile 45-lawyer commercial law firm

<u>Texas Tech University School of Law</u>    1982-1987

Served as Assistant Dean of the Law School

Developed and coordinated Alumni fundraising efforts and created the School's first Alumni magazine; Developed and organized a Placement Office for interviewing and hiring law students; Received Distinguished Service award from the State Bar of Texas for achievements; Developed and organized a comprehensive scholarship and awards program

<u>United States District Court</u>        1980-1982

Law Clerk to the Chief Federal Judge for the Northern District of Texas

**EDUCATION**

B.S. Texas A&M University (Wildlife & Fisheries Science), College Station, Texas, 1977
J.D. Texas Tech University School of Law, Lubbock, Texas, 1980

While maintaining full-time law practice:
M.A. Military History, Norwich University, Vermont, Thesis: *Industrial Mobilization as a Critical Element of War—the Historical Foundation From World War I*, 2011

**SIGNIFICANT REPRESENTATIONS BY INDUSTRY**

<u>Health Care</u>

• Represented Debtor surgical hospital in successful reorganization with full payment to creditors and return to equity
• Represented Unsecured Creditors' Committee in successful reorganization and merger of two hospitals
• Represented Unsecured Creditors' Committee in hospital and related non-profit organization; orchestrated successful sale of hospital facilities and payment to creditors
• Represented senior note holders in multi-million dollar heath care company with 33 affiliates
• Represented Unsecured Creditors' Committee in successful reorganization company with multiple MRI clinics and facilities
• Represented Unsecured Creditors' Committee and served as trustee in post-sale of assets for company with multiple sleep centers

Hospitality and Franchise

- Representation of national hotel franchisor in various bankruptcy and restructuring matters
- Represented Debtor company in successful restructure of prominent Arizona resort hotel
- Represented Debtor company in restructure of hotels in New York, Arizona and Missouri including re-design of franchise agreements with national hotel chains
- Represented Debtor company in restructure of 10 hotels in 5 states including compliance with governmental requirements
- Represented interests of $125 million in bond debt of publicly-held franchisor and operator of 460 restaurants and specialty retail stores
- Represented Unsecured Creditors' Committee of operator of restaurants throughout the Southwestern United States; successfully negotiated plan for survival of the company and payment to creditors
- Represented Unsecured Creditors' Committee for state-wide franchisee of 39 fast food restaurants; successfully negotiated plan for survival of the company and payment to creditors

Manufacturing and Distribution

- Represented Unsecured Creditors' Committee for multi-million dollar automotive parts manufacturing company with nationwide distribution; successfully negotiated plan for survival of the company through revised operational structure and payment to creditors
- Represented Unsecured Creditors' Committee for multi-million dollar airline parts manufacturing company with national and international distribution; successfully negotiated plan for survival of the company and payment to creditors
- Represented Unsecured Creditors' Committee for national waste management company and prevented takeover and liquidation by secured creditor; successfully negotiated plan for survival of the company and payment to creditors
- Represented Unsecured Creditors' Committee for international manufacturer and distributor of beauty products; orchestrated sale of assets for the benefit of the company and its creditors
- Represented Debtor company in successful reorganization of business of manufacturing refitted trucks
- Represented Debtor company in successful reorganization of business of remanufactured car engines
- Represented Debtor company in reorganization of recycling metals
- Represented Unsecured Creditors' Committee in successful sale of assets of publicly-held international manufacturer of automobile chargers and related products
- Represented Unsecured Creditors' Committee in company engaged in manufacture and distribution of specialized furniture and home decor in multiple states

Aviation and High Tech

- Represented Unsecured Creditors' Committee in successful reorganization of national and international airline charter business
- Represented Unsecured Creditors' Committee for multi-million dollar airline parts manufacturing company with national and international distribution; successfully negotiated plan for survival of the company and payment to creditors
- Represented largest creditor in national airline bankruptcy
- Represented Unsecured Creditors' Committee in publicly-held multi-million dollar international fiber-optic company; successfully negotiated plan for survival of the company and payment to creditors


Food and Agriculture

- Represented Unsecured Creditors' Committee in successful reorganization of publicly-held food manufacturer with nationwide and international manufacturing facilities
- Represented Unsecured Creditors' Committee in successful sale of hydroponic growing operation

Energy-Related

- Represented Unsecured Creditors' Committee in multi-million dollar national propane gas distributorship; prevented liquidation by secured creditor; successfully negotiated plan for survival of the company and payment to creditors
- Represented public utility in bankruptcies involving solar energy and so-called "green" energy
- Represented Debtor company that owned an oil refinery; prevented governmental takeover and orchestrated orderly and successful liquidation
- Represented Unsecured Creditors' Committee in oil and gas case involving operating and non-operating wells and assisted with liquidation
- Represented Unsecured Creditors' Committee in junior mining company; confirmed liquidating plan preserving assets and causes of action

Environmental-Related

- Represented Debtor company that owned significant California real estate development project subject to Federal and State environmental regulations; effectuated successful workout
- Represented Debtor company that owned significant Arizona real property subject to judgment by Federal environmental agency; developed successful plan to address environmental issues

Indian law-related

• Represented in a Chapter 11 of Native American company a large mortgage company that originated $10 million in loans to develop affordable housing for Native American families

Sports

• Represented owner of national sports franchise which filed Chapter 11; participated in intense negotiations and court proceedings with national league, creditors and municipal stadium owner

Real Estate

• Served as lead counsel for Debtor in one of the largest Chapter 11 bankruptcies filed in Arizona involving a $1 billion commercial loan portfolio; stabilized the company to permit a court and creditor approved plan of reorganization with a structured framework for investor recovery
• Represented 10 Debtor entities with combined real estate assets of millions of dollars; successfully negotiated workout with major lender and orchestrated sale of principal interest
• Represented Unsecured Creditors' Committee in large home-builder case; orchestrated sale of assets and significant distribution to creditors in difficult economic market
• Represented, led and guided multiple companies owning various commercial real estate projects or investments; successfully developed restructuring plans or sales through workouts or plans

Retail

• Represented large multiple outlet Debtor furniture company in successful liquidation and payment to creditors
• Represented Unsecured Creditors' Committee in successful reorganization of pet care companies operating in four states