```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICHARD BREUNINGER and ITGA, LLC,          :
                                           :          20-CV-7033 (JPC) (RWL)
                        Plaintiffs,        :
                                           :
            - against -                    :          **ORDER**
                                           :
                                           :
T. EDWARD WILLIAMS et al.,                 :
                                           :
                        Defendants.        :
                                           :
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's letter motion at Dkt.403 to compel payment of $2,800.73, plus interest, plus $100/day penalty and to enter a corresponding judgment is DENIED in part and GRANTED in part. The Court has reviewed the parties' correspondence attached to Dkt. 404, and finds that Defendant Williams repeatedly failed to respond to the Levin firm's request about the check cancellation fee and timing of issuance of the new check. Nor did Williams timely update the Levin firm to his change of address. In other words, Williams is every bit as much to blame as the Levin firm for the drawn out saga of the payment the Court first ordered to be paid on October 16, 2024 (Dkt. 381). The Levin firm's request to deduct the $35 check cancellation fee is DENIED. Accordingly, the Levin firm shall cancel the check previously issued to Williams, and issue a new payment to Williams in the amount of $2,800.73 within 14 days.

The Clerk of Court is directed to terminate the letter motion at Dkt. 403.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 11, 2025
        New York, New York

Copies transmitted this date to all counsel of record.