UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RICHARD BREUNINGER *et al.*,                                           :
                                                                       :
                                        Plaintiffs,                    :
                                                                       :          20 Civ. 7033 (JPC) (RWL)
                    -v-                                                 :
                                                                       :          ORDER
T. EDWARD WILLIAMS *et al.*,                                           :
                                                                       :
                                        Defendants.                    :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Trial is scheduled to begin in this matter on August 25, 2025.  The parties must familiarize

themselves with the Court's Individual Rules and Practices for Civil Cases, available at

https://www.nysd.uscourts.gov/hon-john-p-cronan.  The joint proposed pretrial order and all other

required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and

Practices in Civil Cases by July 28, 2025.  Any opposition to a motion *in limine* and responsive

pretrial memoranda of law shall be filed by August 4, 2025.  The parties shall appear for a final

pretrial conference on August 21, 2025 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The final pretrial

conference must be attended by the attorney who will serve as principal trial counsel.  The Parties

shall submit thumb drives with electronic copies of all intended exhibits by August 21, 2025.

        SO ORDERED.

Dated:  April 1, 2025
        New York, New York                         _____
                                                          JOHN P. CRONAN
                                                    United States District Judge